# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| LARRY OLIVER JENKINS | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:11-cv-65 (HL) |
| WILLIAM DANFORTH, et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is the Plaintiff's motion for reconsideration or to object (Doc. 7). The motion states that prison officials intentionally interfered with the Plaintiff's right to file an objection to the Court's order dismissing his 42 U.S.C. § 1983 *pro se* complaint and denying his request to proceed *in forma pauperis*.

The Plaintiff has alleged no facts to support his claim of interference nor has he shown that the Court's dismissal order was incorrect. His motion for reconsideration or to object (Doc. 7) is therefore denied.

**SO ORDERED**, this the 19th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc